IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

```
FILED
OCT 30 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 4:13-MJ-180 |
| vs. ) | |
| ) | COURT DATE: November 13, 2013 |
| CATHERINE D. LAVENTURE ) | |

## CRIMINAL INFORMATION

### CHARGE ONE

(Misdemeanor) Ticket No. 3360327

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 22, 2013, at Langley Air Force Base, Virginia, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, CATHERINE D. LAVENTURE, operated a motor vehicle during the time for which her operator license was suspended or revoked.

(In violation of Title 18, United States Code, Section 7 and 13, which assimilates the Code of Virginia, Section 46.2-301.)

NEIL H. MACBRIDE
United States Attorney

BY: _____
Charles J. Grotewohl
Special Assistant United States Attorney
Attorney for Government
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: charles.grotewohl.1@us.af.mil

## CERTIFICATE OF SERVICE

I, Charles J. Grotewohl, hereby certify that on 25 October 2013, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, Catherine D. Laventure.

NEIL H. MACBRIDE
United States Attorney

BY: _____
Charles J. Grotewohl
Special Assistant United States Attorney
Attorney for Government
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: charles.grotewohl.1@us.af.mil